_____

**SO ORDERED,**

*/s/ Katharine M. Samson*

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: August 29, 2018**

The Order of the Court is set forth below. The docket reflects the date entered.
_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### SOUTHERN DIVISION

IN RE: MARSHA W. HODGES                                    CHAPTER 13
                                                           CASE NO. 17-50505-KMS

### ORDER APPROVING COMPROMISE
### AND AUTHORIZING SETTLEMENT

**THIS MATTER** came before the Court on the Debtor's Motion to Approve Compromise and Authorize Settlement and no objection being timely filed, the Court finds that the Motion is well taken and should be granted.

IT IS THEREFORE ORDERED AND ADJUDGED THAT New Penn Financial, LLC shall pay to the Chapter 13 Case Trustee, the sum of $4,000.00. Upon notification that the Trustee has received the payment, the Attorney for the Debtor shall file a stipulation of dismissal with prejudice in the Adversary Proceeding numbered 17-06056 filed in the Bankruptcy Court for the Southern District of Mississippi.

IT IS FURTHER ORDERED AND ADJUDGED THAT Debtor's Counsel shall be entitled to attorneys' fees and reimbursement of costs of $2,000.00. The remaining $2,000.00 shall be disbursed to the unsecured, general creditors by the Chapter 13 Case Trustee after accounting for administrative expenses.

Submitted by:

Michael T. Ramsey
Attorney for Debtor
429 Porter Avenue
Ocean Springs, MS 3954
Ph: 228.875.0572/ Fax: 228.875.0895
MS Bar No. 104978